# United States District Court

WESTERN DISTRICT OF WASHINGTON

ESTHER G. WILSON

        v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5738RBL-KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>XX</u> **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    The administrative decision is AFFIRMED.

| January 7, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                              *s/ Mary Trent*
                              Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

ESTHER G. WILSON

        v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5738RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     The administrative decision is AFFIRMED.


| January 7, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                   *s/ Mary Trent*
                                                 Deputy Clerk